

Allen #2

4:44 AM
3-5-25

Rachel Marie Forrest
2402 Godwin Blvd
Suffolk, VA 23434

Supreame Court - Virginia Eastern District Court
Rachel Forrest - Pro Se,
V
Mr. Elon Musk (Owner & CEO of Elon Musk Conglomerate, etc.)
Complaint
Acting No.
Jurisdiction & Venue    - ☒ United States Federal Supreme Court
   I am Rachel Marie Forrest, Inmate #66000 at Western Tidewater Regional Jail, SSN: 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, white female, and United States citizen and minority. I also have a mental illness and am indigent. I am suing Mr. Elon Musk for the violations in the Federal Tort Claim Act for Government Co-op and cooboration with the United States Navy. Elon Musk and Megan Shutka VLK are both stalking me using United States of America assets and governmental positions to illegally conspire and forge my Power of Attorney assumptions available to the public records through FOIA. As a member of NASA 2025 and the ISS 2025 Elon Musk has shown through due diligence that without any formal acknowledgements has planned with Megan Shutka VLK to kill me and harm me in some way.

3-5-25   cont 2

I believe that Elon Musk and Megan Shutlea VLK are my psyops weapons of war available by (hearsay) through a video game to assault me and have been for 15 years. Checking the before & after photos of me I have biological proofs like 7 extra miles of intestinal length and 800 mL of extra water weight as well as hearsay has told me that neither of my eyes are biological. That they have not been since 1989 and are in fact Federal pen servers owned by the United States Government. Now I am aware I cant do eye surgery but I'm also aware the government can and does. So I believe there is a psyops weaponry connection between my eyes and Elon Musk and the United States Government, one of which I am involuntarily connected. I am being assaulted on T99 by (hearsay) and I am getting NO REM sleep for 15 years my organs are shutting down. I fear for my life and have it on record fearing for my life for 15 years. My brain has lost 79% of its functionality as well so I'm essentially alive through laser power. But, I am tortured every day. Please help me and notify my mother the The Looking Glasses my foster family cannot help.

3-5-25 cont 3

This occasion from Elon Musk is so violent or so general as revolution that it would disrupt the steady administration of government if not arrested immediately, from individual to militia to independent to international.

I am requesting 49% of every one of his businesses. I am also requesting financial reparations at the value of $33 \times 10^{300000000000000}$. I want him incarcerated and investigated. I want the same from the Government. This demarche that Elon Musk is using to kill me as my POA, has me fearing for my life and the lives of other civilians particularly sensitive to psy ops. I am under duress and distress at this very time.

Sincerely,
Puchel Tewit
Abnormally Sensitive Plaintiff

PS I have no LSD — Liquid Screen Display have not ever dont know the PD server or community org